IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO ARCHIVE, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>LIFESTYLE FURNITURE HOME STORE CORPORATION,<br><br>     Defendant. | Civil Action No. 1:24-cv-01467-JLT-SKO<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**<br><br>**(Doc. 14)** |

On June 4, 2025, Plaintiff Otto Archive, LLC filed a Motion for Extension of Time to Serve Defendant, and all other deadlines associated, until thirty (30) days after the issuance of the requested Order (the "Motion"). (Doc. 14.) The Motion is unopposed. (*See id*. at 3.)

Upon consideration of the Motion and for good cause shown (*see* Fed. R. Civ. P. 4(m)), Plaintiff's unopposed Motion is hereby GRANTED.

Accordingly, the Court ORDERS that the deadline for serving Defendant, and all other deadlines associated, are extended until thirty (30) days after the date of this Order.

IT IS SO ORDERED.

Dated:   **June 5, 2025**                    /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE