# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OTTO ARCHIVE, LLC,

         Plaintiff,

  v.

LIFESTYLE FURNITURE HOME STORE,

         Defendant.

Case No.  1:24-cv-01467-JLT-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 25)

On June 23, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 25).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE